TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00224-CR

Mitch Q. Reitman, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY CRIMINAL COURT OF APPEALS NO. 1 OF DALLAS COUNTY

NO. MC98-B-3313-D, HONORABLE KRISTIN SWANSON WADE, JUDGE PRESIDING

Appellant Mitch Q. Reitman was convicted of erecting a fence without a permit. 
On August 11, 2000, the trial court signed an order granting the State's motion to dismiss the
criminal action. The judgment of conviction is vacated and the cause is dismissed.

 

 Mack Kidd, Justice

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Judgment Vacated and Cause Dismissed

Filed: August 31, 2000

Do Not Publish